In the Matter of PHELPS MANOR REALTY COMPANY, a Debtor Corporation.

Farrar TILNEY et al., Appellants, v. ESTATE of William Walter PHELPS.

No. 5639.

Circuit Court of Appeals, Third Circuit.

Oct. 11, 1934.

William Harris, of Newark, N. J., for appellants.

Pitney, Hardin & Skinner, of Newark, N. J. (Shelton Pitney, of Newark, N. J., of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

On the particular facts of this case, we find no error in the order of the court below dismissing the petition. In view of the pendency of the chancery suit in New Jersey which calls for a speedy decision in this case, the order of the District Court is therefore affirmed without an opinion.

Marie A. PROCTOR, U. S. Commissioner of Immigration, at Seattle, Wash., Appellant, v. JUNG WEE LUNG, etc., Appellee.

No. 7666.

Circuit Court of Appeals, Ninth Circuit.

Jan. 7, 1935.

J. Charles Dennis, U. S. Atty., and John Ambler, Asst. U. S. Atty., both of Seattle, Wash., for appellant.

Landon, Landon & Wheeler, of Seattle, Wash., for appellee.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

In the Matter of REPUBLIC PIPE & IRON CORPORATION, Bankrupt. Jacob J. Levine and Betty Levine, Appellants.

No. 24.

Circuit Court of Appeals, Second Circuit.

Oct. 15, 1934.

Herman G. Robbins, of Brooklyn, N. Y., for appellants.

Horace G. Pender, of Brooklyn, N. Y. (Julius Zizmor, of Brooklyn, N. Y., of counsel), for trustee-appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Appeal from an order denying a motion for reargument. Appeal dismissed. See Conboy v. First Nat'l Bank, 203 U. S. 141, 27 S. Ct. 50, 51 L. Ed. 128.